# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-3815

_____

Myra Young,

*Plaintiff - Appellant,*

v.

Hot Springs Police Department; Larry Patrick, Special Operations Supervisor, Hot Springs Police Department; Scotty Dodd, Police Officer, Hot Springs Police Department; 18th Judicial District East Drug Task Force; Garland County Prosecutor's Officer; Theresa Harris, "Terri", Garland County Prosecutor; The Hot Springs Sentinel Record,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: September 6, 2017
Filed: September 11, 2017
[Unpublished]

_____

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Myra Young appeals the district court's[1] dismissal without prejudice of her action against state and local government officials and agencies, as well as a newspaper, alleging violations of 42 U.S.C. § 1983 and state law. After carefully reviewing the record and the briefs, we find no error warranting reversal. The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.